HAROLD E. WILLSON and STELLA C. WILLSON, his wife, et al., v. ILLINOIS BANKERS LIFE ASSURANCE COMPANY, a corporation.

7 So. (2nd) 131                                    Division A
March 27, 1942

John F. Burket and John Fite Robertson, for appellants.

Williams & Dart, for appellee.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree of the circuit court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.